NAME: Jamie Phillip Perry

TO: Clerk - To Chief Judge of Supreme Court
1-2 Pages

LOCATION: B_____ C_____ (or) Dorm _____

919 Port Street, St. Joseph, Michigan 49085

JAIL INFORMATION: (269) 982-8670

DATE: 11-7-2024

Case # 2023016049
Location City of Niles
Date 9-30-23
Judge Jennifer L Smith
Being held In custody - 919 Port Street, St Joseph, Michigan 49085

1:24-cv-01202
Phillip J. Green
U.S. Magistrate Judge

**FILED- LN**
November 12, 2024 11:56 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod  scanned by: ___ 11/13

Re: Human Rights
Civil Rights - refer to 1:24-CV-00542-RSK
- Constitutional Rights
- Civil Action
- Violations of Law / criminal offense

: Office of the Clerk :

Hi I Jamie Phillip Perry would like to file the following Document as a Civil Action Lawsuit.

Me: Jamie Phillip Perry
4361 Lee Ave St. Louis Mo, 63115
MO ID: U20819006

Mail Address: BCS - 919 Port Street, St Joseph, Michigan 49085

11-7-24    Signed: Jamie Perry

29-001    6/12/15    Inmate Stationery        *Printed on donated paper        Berrien County Printing

Please Provide the correct forms to file If needed with copy of this form. Thank you —

↑ ↑ ↑
↓ BLANK ↓ ↓
↓

NAME: Jamie Phillip Perry

LOCATION: B_____ C_____ (or) Dorm _____

919 Port Street, St. Joseph, Michigan 49085

JAIL INFORMATION: (269) 982-8670

TO: Clerk To Chief Judge of Supreme Court
2-2 Pages

DATE: 11-7-24

Case # 2023016049

: Civil Action Lawsuit :

Following the events In case # 2023016049-9-3023 the state of michigan has committed many criminal offenses in order to convict I Jamie Perry In the above case #. As I became the defendent I asserted all my constitutional rights. According to the law I am aware of the state violating many of the United States constitution. A violation of law in the state of michigan is a criminal offense. As 7 - U.S.C violations became aware I took to file a Habeas Corpus with the Chief Judge In Berrien County known to me as Judge Johnson Mayfield. Violations Include of U.S.C 1st, 4th, 5th, 6th, 8th, 13th, 14th. With the filling of 21 or so motions the court In the above case # In the City of Niles, I've not gotten a written response from the court.

A Civil Rights 1983 was filed due to my Prisoner rights being violated with the Assertion of my U.S.C rights. Their was a case # provided on this 42 USC 1983, 1:24-CV-00542-RSK. As describe In the 42, 1983 U.S.C I've yet to be housed In a area where I can live an see the sky an utalize all the options to obtain freedom after taking noticing the violations of the U.S.C Plus Due Process In the courts. Addressing my mental state I am lacking the resources I need due to being on 24 hour lock ↱

11-7-24  Signed: Jamie Perry

down. As a Pretrial Detainie. There has been more than two People who has conspired to violate my rights, In both case-numbers mentioned. As Law states In 18 U.S.C 241 can be a criminal offense.

I am a African American citizen who's Human Rights have been violated. This Human Rights violation has to due with the BCS an conspiring with St. Louis university Hospital who has somehow been able to read, hear, see, bodily functions of body an human brain. Location of St. Louis university- Vista an Grand Blvd. Some ex: Brain Stem Functions, Temp of body, when sleep, when Hungry or Starved all In which are being shouted out.

The cortex, memory, Thoughts/Thinking out loud can be heard, Consciousness, all are being shouted out as If Im mentally unstable.

As A U.S. Citizen I am no longer secure in my Persons which is a violation of the 4th Amend. As stated before In the 42. U.S.C 1983 these folks are watching I/reading whats in front of me an is using a memory Chip or device to hold me claiming to be many Gov officales. Being able to hear many of these folks I've hunted/starved to understand If Im being Poisoned. I've understood that many folks who are not coming forward are to be ones who Grew up with I am, are many People I've been Intimont with who are being defamated against. Some would after finding out an taking notice call it the eye of the eagle. These folks are studing me reading my brain an body functions without my Permission.

Relief In the # 42 U.S.C 1983 Id like for michigan to Pay an amount of 50m - 100m. Also Inforce the Legislation. In the Civil Action, To St. Louis university to Pay Damages In the Amount of 500B - 999 Trillion Dollars. If not all Proceeds made using I as a human In a unauthorized expirment.

11-7-24

*[signature]*

NAME: Jamie Phillip Perry

LOCATION: B_____ C_____ (or) Dorm _____

919 Port Street, St. Joseph, Michigan  49085

JAIL INFORMATION: (269) 982-8670

TO: _____

_____

_____

DATE: 11-7-2024

_____,

Please Provide a written response or send some one to speak with I.

Signed: _____

001   6/12/15   Inmate Stationery          *Printed on donated paper*          Berrien County Printing

NAME: JAMIE JERRY
LOCATION: 1-E-7
919 PORT STREET
ST. JOSEPH, MICHIGAN 49085

RECEIVED NOV 12 2024

GRAND RAPIDS MI 493
8 NOV 2024 PM 2 L

CLERK-OFFICE
TO
Chief Judge

113 Federal Bldg

315 w Allegan St.

Lansing mi 48933

LEGAL MAIL — LEGAL MAIL —